**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────────

**ANTWAN TOLLIVER,**

             **Plaintiff,**        20-cv-3616 (JGK)

    - against -                  <u>ORDER</u>

**BEST NEW YORK SMOKE INC., ET AL.,**

             **Defendants.**
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff should file a proposed Order to Show Cause for default judgment by July 31, 2020. If the plaintiff fails to do so, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **July 23, 2020**                  /s/ John G. Koeltl
                                             **John G. Koeltl**
                                 **United States District Judge**