```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

**ANTWAN TOLLIVER,**

            **Plaintiff,**         20 cv. 3616 (JGK)

    - against -         <u>ORDER</u>

**BEST NEW YORK SMOKE INC d/b/a VAPE SMOKE and JAMES ATAMANUK,**

            **Defendants.**

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    If the plaintiff wishes to obtain a default judgement, the plaintiff should first obtain a certificate of default from the clerk's office, and thereafter comply with this Court's procedures for obtaining an Order to Show Cause for a default judgement.  A copy of the Court's procedures for obtaining an Order to Show Cause for a default judgement is attached.

    **SO ORDERED.**

**Dated:**    **New York, New York**
            **August 27, 2020**      ___/s/ John G. Koeltl____
                                                 **John G. Koeltl**
                                **United States District Judge**

VII.   **Default Judgment Procedures**

    **A. Remote Procedures**

The plaintiff shall:

1. File a proposed Certificate of Default and supporting declarations on ECF to obtain a Clerk's Certificate of Default.

   For the most up to date instructions, refer to Section 16.1 of the SDNY Electronic Case Filing Rules & Instructions, available at: https://nysd.uscourts.gov/rules/ecf-related-instructions

2. After the Clerk's Office issues a Certificate of Default, electronically file on ECF the following documents:

   i. A proposed Order to Show Cause;

   ii. An attorney's affidavit stating why a default judgment is appropriate; and

   iii. A proposed default judgment plus statement of damages.

3. The proposed Order to Show Cause should contain the following text:

   "The defendants shall respond in writing to this Order to Show Cause for a default judgment by _____. If the defendants fail to respond by that date, judgment may be entered against them and the defendants will have no trial. The plaintiff may reply by _____.

   The plaintiff shall serve a copy of this Order to Show Cause by _____ and shall file proof of service by _____.

   No personal appearances are required in connection with this Order to Show Cause."