UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
ANTWAN TOLLIVER, an individual,

                                                              Case No.: 1:20-cv-3616

           Plaintiff,

    -against-

BEST NEW YORK SMOKE INC d/b/a VAPE
SMOKE, an entity, and JAMESATAMANUK,
an individual,

           Defendants.
--------------------------------------------------------------- X

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**WHEREAS**, the Defendants have defaulted.  It is presumed that default occurred due to the ongoing COVID-19 pandemic.

**THEREFORE**, the Plaintiff agrees that the matter is hereby DISMISSED *without prejudice and without costs* against all Parties identified in above captioned pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**SO STIPULATED AND RESOLVED**.

Dated: Brooklyn, New York
       October 21, 2020

                                        Respectfully submitted,

                                        **SOLOMOS & STORMS**

                                        By: /s/ Derrick Storms
                                        Derrick Storms, Esq.
                                        33-08 Broadway
                                        Astoria, NY 11106
                                        Tel: (718) 278-5900
                                        dstormsesq@gmail.com
                                        *Attorneys for Plaintiff*